UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:07-CV-187-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>ISAAC LEE WOODS, )<br>REGINA BAILEY WOODS, )<br>ELLA R. WOODS, and )<br>UNLIMITED FINANCIAL RESOURCES, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on *pro se* defendants Woods' motion to stay judgment entered on 8 December 2008, pending the disposition of defendants' 13 July 2010 motion to vacate pursuant to Fed. R. Civ. P. 60(b). Defendants' instant motion to stay was filed on 29 September 2010. However, the court denied defendants' Rule 60(b) motion on 27 September 2010. Accordingly, defendants' motion to stay is DENIED as moot.

This 15 November 2010.

W. Earl Britt
Senior U.S. District Judge